# EXHIBIT 3

**Exhibit 3**

The following claim chart demonstrates infringement by the Infringing Crusoe Products of exemplary claims 1 and 2 of U.S. Pat. No. 11,574,372:

| Claim element | Infringing Crusoe Products |
|---|---|
| 1. A system comprising: | To the extent the preamble is limiting, the Infringing Crusoe Products comprise the claimed system as follows: |
| a source of combustible gas produced from a facility selected from a group consisting of a hydrocarbon production, storage, or processing facility; | The Infringing Crusoe Products comprise "a source of combustible gas produced from a facility selected from a group consisting of a hydrocarbon production, storage, or processing facility." <br><br> For example, Crusoe installs, maintains and operates Infringing Crusoe Products at remote oil well sites which comprise a source of combustible natural gas that otherwise would be flared off: <br><br> "Crusoe Energy Systems builds modular data centers and installs them at oil well sites, using natural gas from the wells to power computer servers that create, or "mine," the virtual currency, Bitcoin…Remote oil wells often aren't close to natural gas pipelines and can't sell the gas the well produces, leaving companies to burn it off with a flare at the well site. Bitcoin mining operations consume large amounts of electricity. Crusoe Energy generates the digital money from electricity derived from natural gas that otherwise would become climate-damaging pollution. It pays the well owner for the natural gas, providing a new revenue stream, or strikes a joint venture to share the Bitcoin mining proceeds." <br><br> *Denver startup turns oil well emissions into cryptocurrency, wins millions in VC*, April 1, 2021, published in the Denver Business Journal, and displayed on Crusoe's website.[1] <br><br> As a further example, Crusoe identifies its system using the brand name Digital Flare Mitigation, which it describes as follows, including a source of natural gas such as a gas flare line at a remote oil well: |

---

[1] *See* https://www.crusoeenergy.com/blog/2D6THLLNqdA8JNJ6mdY9wp/denver-startup-turns-oil-well-emissions-into-cryptocurrency-wins-millions-in-vc0

NEW TECHNOLOGY CONVERTS WASTED NATURAL GAS INTO COMPUTING

## The Digital Flare Mitigation Solution

- Crusoe converts "stranded" natural gas into electricity for energy-intensive computing at the well site
- Digital Flare Mitigation® solves critical regulatory and environmental challenges for oil and gas companies by achieving <u>beneficial use</u>, <u>reducing flaring</u> and <u>reducing emissions</u>

**Crusoe's Objective:** help operators solve the regulatory and environmental challenges of stranded and uneconomic gas



Why Digital Flare Mitigation?

✓ Modular design allows for rapid turnkey deployment and mobilization

✓ Highly scalable up to many mmcfd

✓ High reliability with few failure points



COMPONENTS OF A DIGITAL FLARE MITIGATION® SYSTEM

## Digital Flare Mitigation



- The Digital Flare Mitigation® system is a mobile and modular assembly of power generation, computing and remote telecommunications components optimized specifically for stranded gas resources
- Designed for portability, rapid commissioning, rugged oilfield conditions and modular scalability



DEPLOYMENTS COMPLETED IN JUST DAYS

## Easy Integration, Compact Footprint





| Step 1: Connection Point | Step 2: Generator | Step 3: Compute Module | Step 4: Startup |
|---|---|---|---|
| Operator provides simple manifold and valve to existing gas line | Crusoe provides generator system, delivered on portable trailer or skid | Computing modules delivered by truck | Computers connected to generator |
| Typically, manifold directly onto line leading to flare | | Satellite antennae installed and aligned after delivery | Generator start up |
| | | | Flare becomes back-up gas plan |
| *1-2 Days* | *1 Day* | *1-5 Days* | *1 Day* |

*A New Technology for Flare Mitigation*, March 4, 2021 presentation by

|  | Crusoe[2] |
|---|---|
| a generator connected to the source of combustible gas to receive a continuous flow of combustible gas to power the generator; and | The Infringing Crusoe Products comprise "a generator connected to the source of combustible gas to receive a continuous flow of combustible gas to power the generator."

For example, the Infringing Crusoe Products are described on Crusoe's website as comprising a generator connected to the source of natural gas from a well:

> "Crusoe Energy instead connects a catalytic converter and generator to the natural gas from the well, turning it into electricity for computer servers."

> *Denver startup turns oil well emissions into cryptocurrency, wins millions in VC*, April 1, 2021, published in the Denver Business Journal, and displayed on Crusoe's website.

> "Crusoe built a system, similar to an engine, that combusts the gas and then feeds the resulting power into servers. Lochmiller claims to have prevented 1 billion cubic feet of natural gas emissions from entering the environment. The energy produced by this process can be used for a variety of purposes, like regular data center tasks or even training AI algorithms. But one of the key applications is Bitcoin mining."

> *An Environmental Upside To Bitcoin*, March 31, 2021, published in the Sierra magazine, and displayed on Crusoe's website.[3]

As a further example, the below presentation by Crusoe demonstrates a generator connected to receive a continuous flow of gas from a gas flare line or a similar oil well component: |

---

[2] https://ndlegis.gov/files/resource/67-2021/library/sb2328.pdf
[3] https://www.crusoeenergy.com/blog/6GSL01xBuK5gcJmWkPjhab/an-environmental-upside-to-bitcoin

*A New Technology for Flare Mitigation*, March 4, 2021 presentation by Crusoe

| | |
|---|---|
| blockchain mining devices connected to the generator; | The Infringing Crusoe Products comprise "blockchain mining devices connected to the generator."<br><br>As one example, the Infringing Crusoe Products comprise data centers to mine cryptocurrencies such as Bitcoin:<br><br>"Crusoe Energy Systems builds modular data centers and installs them at oil well sites, using natural gas from the wells to power computer servers that create, or "mine," the virtual currency, Bitcoin."<br><br>*Denver startup turns oil well emissions into cryptocurrency, wins millions in VC*, April 1, 2021, published in the Denver Business Journal, and displayed on Crusoe's website.[4]<br><br>"Bitcoin mining might even reduce waste in oil production. The start-up Crusoe Energy Systems, based out of Denver, uses energy from gas flares to mine Bitcoin. "Flaring occurs in oilfields when the company cannot transport the gas produced as a by-product", says Chase Lochmiller, Crusoe's CEO and cofounder. "So they just burn it. The gas is wasted, and there's a large emissions footprint associated with the flaring." Indeed, the International Energy Agency estimated that in 2018, 275 metric tons of $CO_2$ were emitted because of gas flaring globally. … Crusoe built a system, similar to an engine, that combusts the gas and then feeds the resulting power into servers. Lochmiller claims to have prevented 1 billion cubic feet of natural gas emissions from entering the environment. The energy produced by this process can be used for a variety of purposes, like regular data center tasks or |

[4] https://www.crusoeenergy.com/blog/2D6THLLNqdA8JNJ6mdY9wp/denver-startup-turns-oil-well-emissions-into-cryptocurrency-wins-millions-in-vc0

even training AI algorithms. But one of the key applications is Bitcoin mining."

*An Environmental Upside To Bitcoin*, March 31, 2021, published in the Sierra, and displayed on Crusoe's website.

As a further example, the following screenshot from a Crusoe "live tour" of an exemplary Accused Crusoe System demonstrates ASIC bitcoin miners as being connected to a generator:



*Digital Flare Mitigation*, accessed March 9, 2023[5]

As a further example, Crusoe identifies Bitmain ANTMINER S19 XP as an exemplary blockchain mining device connected to a Crusoe generator. The ANTMINER line of products are well-known blockchain mining devices:

"After many years of strategic and long standing partnership, Bitmain is proud to deliver Crusoe early access to the ANTMINER S19 XP, our most energy efficient, powerful and carbon mitigated systems ever. Bitmain is committed to innovation in all regards ranging from design to manufacturing and production. As part of our commitment to positive environmental change, Bitmain is constantly looking for ways to improve our product and the industry as a whole and recognizes the value in offsetting emissions in all areas of mining. Crusoe is a leader in this regard, and we are pleased to partner with them going forward."

*Clean Computing Company Crusoe Energy Selected As Launch Partner For Carbon Credit Initiative Bitmain ANTMINER S19 XP*, November 9, 2021, published in Business Wire and displayed on Crusoe's website.[6]

---

[5] https://www.crusoeenergy.com/digital-flare-mitigation

| | |
|---|---|
| in which: the blockchain mining devices each have a mining processor and are connected to a network interface; | The Infringing Crusoe Products comprise "the blockchain mining devices each have a mining processor and are connected to a network interface." |
| | As one example, the following screenshot from a Crusoe "live tour" of an exemplary Accused Crusoe System demonstrates ASIC bitcoin miners where each bitcoin ASIC miner comprises a mining processor and is connected to a wired or wireless network interface: |
| |  |
| | *Digital Flare Mitigation*, accessed March 9, 2023 |
| | As a further example, Crusoe presents its Digital Flare Mitigation system in an Accused Crusoe System as being connected to a network interface, for example one or more wireless and/or satellite network interfaces connecting blockchain mining devices to a network: |

[6] https://www.crusoeenergy.com/blog/3MfmsrA0zShm9V5Jnqi1ak/clean-computing-company-crusoe-energy-selected-as-launch-partner-for-carbon-credit-initiative-bitmain-antminer-s19-xp



*A New Technology for Flare Mitigation*, November 14, 2019

| the network interface is connected to receive and transmit data through the internet to a | The Infringing Crusoe Products comprise "the network interface is connected to receive and transmit data through the internet to a network that stores or has access to a blockchain database."<br><br>As an example, Crusoe presents its Digital Flare Mitigation system in an Accused Crusoe System as being connected to a network interface, for example one or more wireless and/or satellite network interfaces connecting blockchain mining devices to a network: |
|---|---|

network that stores or has access to a blockchain database;

 

## Digital Flare Mitigation

COMPONENTS OF A DIGITAL FLARE MITIGATION SYSTEM

 

 

❖ The Digital Flare Mitigation System is a mobile and modular assembly of power generation, computing and remote telecommunications systems optimized specifically for stranded gas resources

❖ Designed for portability, rapid commissioning, rugged oilfield conditions and modular scalability

4

DEPLOYMENTS COMPLETED IN JUST DAYS

## Easy Integration, Compact Footprint

 

   

*A New Technology for Flare Mitigation*, November 14, 2019

As a further example, the Infringing Crusoe Products comprise Bitcoin mining which requires internet access, including receiving and transmitting data, to remote blockchain databases as is known in the art:

> "Crusoe Energy Systems builds modular data centers and installs them at oil well sites, using natural gas from the wells to power computer servers that create, or "mine," the virtual currency, Bitcoin."

*Denver startup turns oil well emissions into cryptocurrency, wins millions in VC*, April 1, 2021, published in the Denver Business Journal, and displayed on Crusoe's website.

As a further example, Bitcoin mined by the Infringing Crusoe Products is administered via a blockchain database, which is accessed by the internet:



"What Is a Blockchain?
A blockchain is a distributed database or ledger that is shared among the nodes of a computer network. As a database, a blockchain stores information electronically in digital format. Blockchains are best known for their crucial role in cryptocurrency systems, such as Bitcoin, for maintaining a secure and decentralized record of transactions. The innovation with a blockchain is that it guarantees the fidelity and security of a record of data and generates trust without the need for a trusted third party.

One key difference between a typical database and a blockchain is how the data is structured. A blockchain collects information together in groups, known as blocks, that hold sets of information. Blocks have certain storage capacities and, when filled, are closed and linked to the previously filled block, forming a chain of data known as the blockchain. All new information that follows that freshly added block is compiled into a newly formed block that will then also be added to the chain once filled.

A database usually structures its data into tables, whereas a blockchain, as its name implies, structures its data into chunks (blocks) that are strung together. This data structure inherently makes an irreversible timeline of data when implemented in a decentralized nature. When a block is filled, it is set in stone and becomes a part of this timeline. Each block in the chain is given an exact timestamp when it is added to the chain.

…

<table>
<tr>
<td></td>
<td>

The Bitcoin protocol is built on a blockchain. In a research paper introducing the digital currency, Bitcoin's pseudonymous creator, Satoshi Nakamoto, referred to it as "a new electronic cash system that's fully peer-to-peer, with no trusted third party."

…

Decentralization
Blockchain does not store any of its information in a central location. Instead, the blockchain is copied and spread across a network of computers. Whenever a new block is added to the blockchain, every computer on the network updates its blockchain to reflect the change. By spreading that information across a network, rather than storing it in one central database, blockchain becomes more difficult to tamper with. If a copy of the blockchain fell into the hands of a hacker, only a single copy of the information, rather than the entire network, would be compromised.

…

Private Transactions
Many blockchain networks operate as public databases, meaning that anyone with an Internet connection can view a list of the network's transaction history. Although users can access details about transactions, they cannot access identifying information about the users making those transactions. It is a common misperception that blockchain networks like bitcoin are anonymous, when in fact they are only confidential."

*Blockchain Facts: What Is It, How It Works, and How It Can Be Used*, online article dated September 27, 2022[7]

</td>
</tr>
<tr>
<td>

the mining processors are connected to the network interface and adapted to mine transactions associated with the blockchain database and to

</td>
<td>

The Infringing Crusoe Products comprise "the mining processors are connected to the network interface and adapted to mine transactions associated with the blockchain database and to communicate with the blockchain database."

For example, as established above, the Infringing Crusoe Products comprise mining processors, e.g., ASIC bitcoin miners comprising mining processors adapted to mine Bitcoin transactions associated with Bitcoin blockchain databases and connected to a wired or wireless network interface with which the mining processors communicate as is known in the art:

</td>
</tr>
</table>

---

[7] https://www.investopedia.com/terms/b/blockchain.asp.

| | |
|---|---|
| communicate with the blockchain database; | <br><br>*Digital Flare Mitigation*, accessed March 9, 2023<br><br>As a further example, Crusoe acknowledges that a network connection is needed to mine Bitcoin:<br><br>"The following two references state that Bitcoin mining operations require a network connection.  See Satoshi Nakamoto, Bitcoin: A Peer-to-Peer Electronic Cash System, 2–4 (2008); Arvind Narayanan et al., Bitcoin and Cryptocurrency Technologies, Princeton University Press (forthcoming 2016) (manuscript at 8)."<br><br>*1:22-cv-02142-NYW-STV Crusoe Energy Systems, LLC v. Alkane Midstream LLC*, Document 1, filed August 22, 2022 obtained via PACER. |
| the network is a peer-to-peer network; | The Infringing Crusoe Products comprise "the network is a peer-to-peer network."<br><br>For example, as established above the Infringing Crusoe Products are configured to mine Bitcoin which requires a peer-to-peer network:<br><br>Bitcoin "[r]uns on a decentralized peer-to-peer network of computers."<br><br>CFTC Primer on Virtual Currencies at 4, online presentation dated October 17, 2017.[8]<br><br>As a further example, Crusoe acknowledges that Bitcoin uses a peer-to-peer network:<br><br>"The following two references state that Bitcoin mining operations require a |

---

[8]

https://www.cftc.gov/sites/default/files/idc/groups/public/documents/file/labcftc_primercurrencies100417.pdf

| | network connection.  See Satoshi Nakamoto, Bitcoin: A Peer-to-Peer Electronic Cash System, 2–4 (2008); Arvind Narayanan et al., Bitcoin and Cryptocurrency Technologies, Princeton University Press (forthcoming 2016) (manuscript at 8).”<br><br>*1:22-cv-02142-NYW-STV Crusoe Energy Systems, LLC v. Alkane Midstream LLC*, Document 1, filed August 22, 2022 obtained via <u>PACER</u>. |
|---|---|
| the blockchain database is a distributed database stored on plural nodes in the peer-to-peer network; and | The Infringing Crusoe Products comprise “the blockchain database is a distributed database stored on plural nodes in the peer-to-peer network.”<br><br>For example, as established above the Infringing Crusoe Products are configured to mine Bitcoin which requires a blockchain database that is distributed on computer nodes in the Bitcoin peer-to-peer network, e.g., a distributed ledger:<br><br>Bitcoin “[r]uns on a decentralized peer-to-peer network of computers and ‘miners’ that operate on open-source software and do ‘work’ to validate and irrevocably log transactions on a permanent public distributed ledger visible to the entire network.”<br><br>*CFTC Primer on Virtual Currencies* at 4, online presentation dated October 17, 2017.<br><br>“What Is a Blockchain?<br>A blockchain is a distributed database or ledger that is shared among the nodes of a computer network. As a database, a blockchain stores information electronically in digital format. Blockchains are best known for their crucial role in cryptocurrency systems, such as Bitcoin, for maintaining a secure and decentralized record of transactions. The innovation with a blockchain is that it guarantees the fidelity and security of a record of data and generates trust without the need for a trusted third party.<br><br>*Blockchain Facts: What Is It, How It Works, and How It Can Be Used*, online article dated September 27, 2022. |
| the blockchain database stores transactional information for a digital currency. | The Infringing Crusoe Products comprise “the blockchain database stores transactional information for a digital currency.”<br><br>For example, as established above the Infringing Crusoe Products are configured to mine Bitcoin which requires a blockchain database storing Bitcoin transactional information. On information and belief, the Infringing Crusoe Products comprise such a blockchain database either maintained by Crusoe or through a contractual relationship between Crusoe and a third party Bitcoin mining pool entity.<br><br>Bitcoin “[r]uns on a decentralized peer-to-peer network of computers and ‘miners’ that operate on open-source software and do ‘work’ to validate and irrevocably log transactions on a permanent public distributed ledger visible to the entire network.” |

|  | *CFTC Primer on Virtual Currencies* at 4, online presentation dated October 17, 2017.<br><br>"What Is a Blockchain?<br>A blockchain is a distributed database or ledger that is shared among the nodes of a computer network. As a database, a blockchain stores information electronically in digital format. Blockchains are best known for their crucial role in cryptocurrency systems, such as Bitcoin, for maintaining a secure and decentralized record of transactions. The innovation with a blockchain is that it guarantees the fidelity and security of a record of data and generates trust without the need for a trusted third party.<br><br>*Blockchain Facts: What Is It, How It Works, and How It Can Be Used*, online article dated September 27, 2022. |
|---|---|
| 2. The system of claim 1 isolated from a sales gas line and an external electrical power grid. | The Infringing Crusoe Products comprise "the system of claim 1 a sales gas line and an external electrical power grid."<br><br>For example, the Infringing Crusoe Products are implemented at well locations that are without access to a market for associated gas and where an electrical grid is unavailable:<br><br><br><br><br>*A New Technology for Flare Mitigation*, November 14, 2019, presented by Crusoe to the Energy Development and Transmission Committee of North Dakota. |

|  | "Our mission is to align the future of computing with the future of the climate and we do that by enabling oil producers to reduce flaring and associated methane emissions. To ensure alignment with this mission, we have a strict company policy not to use gas that could reasonably be brought to traditional markets via pipeline or other methods, or to incentivize new drilling for natural gas production." |
|  | *Crusoe Blog: Minimizing The Harm Of Methane Emissions Through Flare Reduction*, October 12, 2022, Published on Crusoe's website. |