IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| UPSTREAM DATA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| CRUSOE ENERGY SYSTEMS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and D.C. Colo.LCivR 7.4, Plaintiff Upstream Data Inc. ("Plaintiff" or "Upstream") states as follows:  Upstream does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 18, 2023

<div style="margin-left: 3em;">

/s/ Jake Zolotorev
Jake Zolotorev
Carrie Williamson
DLA Piper
2000 University Avenue
East Palo Alto, CA 94303
Tel: 650.833.2000
Fax: 650.833.2001
Email:  jake.zolotorev@us.dlapiper.com
Email:  carrie.williamson@us.dlapiper.com

Clayton Thompson
DLA Piper
1201 West Peachtree Street
Suite 2900
Atlanta, Georgia  30309-3449

</div>

Tel: 404.736.7800
Fax: 404.682.7800
Email:  clayton.thompson@us.dlapiper.com

Attorneys for Plaintiff
UPSTREAM DATA INC.