IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| UPSTREAM DATA INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  1:23-cv-1252 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| CRUSOE ENERGY SYSTEMS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE OF JAKE ZOLOTOREV

PLEASE TAKE NOTICE, that Jake Zolotorev, DLA PIPER LLP (US), hereby enters his appearance for Plaintiff Upstream Data Inc. in the above-captioned action.

Dated:  May 18, 2023

Respectfully submitted,

*/s/ Jake Zolotorev*
Jake Zolotorev
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001
Email:  jake.zolotorev@us.dlapiper.com

Attorney for Plaintiff
UPSTREAM DATA INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jake Zolotorev
DLA PIPER LLP (US)

Attorney for Plaintiff
UPSTREAM DATA INC.