IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| UPSTREAM DATA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:23-cv-1252 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| CRUSOE ENERGY SYSTEMS LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF APPEARANCE OF CARRIE WILLIAMSON**

PLEASE TAKE NOTICE, that Carrie Williamson, DLA PIPER LLP (US), hereby enters her appearance for Plaintiff Upstream Data Inc. in the above-captioned action.

Dated: May 18, 2023

Respectfully submitted,

/s/ Carrie Williamson
Carrie Williamson
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001
Email: carrie.williamson@us.dlapiper.com

Attorney for Plaintiff
UPSTREAM DATA INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Carrie Williamson*
CARRIE WILLIAMSON

Attorney for Plaintiff
UPSTREAM DATA INC.