IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| UPSTREAM DATA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:23-cv-1252 |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CRUSOE ENERGY SYSTEMS LLC, ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPEARANCE OF CLAYTON THOMPSON**

PLEASE TAKE NOTICE, that Clayton Thompson, DLA PIPER LLP (US), hereby enters his appearance for Plaintiff Upstream Data Inc. in the above-captioned action.

Dated: May 18, 2023

Respectfully submitted,

/s/ Clayton Thompson
Clayton Thompson
DLA PIPER LLP (US)
1201 West Peachtree Street NW
Atlanta, Georgia  30309-3800
Tel: 404.736.7800
Fax: 404.682.7800
Email:  clayton.thompson@us.dlapiper.com

Attorney for Plaintiff
UPSTREAM DATA INC.

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Clayton Thompson*
CLAYTON THOMPSON

Attorney for Plaintiff
UPSTREAM DATA INC.
