AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Crusoe Energy Systems LLC
was received by me on *(date)* 05/19/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cole Stender , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company, Registered Agent
1900 W Littleton Blvd., Littleton, CO 80120 on *(date)* 05/22/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
**Documents submitted in designated service of process drop box for the Registered Agent**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/24/2023

*Server's signature*
Kevin Williams

Kevin Williams - Process Server
*Printed name and title*
ASAP Legal
1625 Clay Street, 4th Floor
Oakland, CA 94612
(510) 785-2300
Reference: SF34014457
*Server's address*

Additional information regarding attempted service, etc:

Additional documents served: Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Document 6); Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Document 8); Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases; Practice Standards for Civil Cases; Notice of Entry of Appearance of Carrie Williamson; Notice of Entry of Appearance of Jake Zolotorev; Plaintiff's Fed. R. CIV.P.7.1 Disclosure Statement; Notice of Entry of Appearance of Clayton Thompson

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| UPSTREAM DATA INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-01252-SKC |
| CRUSOE ENERGY SYSTEMS LLC | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Crusoe Energy Systems LLC
c/o Corporation Service Company
900 W Littleton Blvd.
Littleton, CO 80120-2023, U.S.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jake Zolotorev
Carrie Williamson
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303
Tel: (650) 833-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 05/19/2023

s/ N. Orlin
*Signature of Clerk or Deputy Clerk*