**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

Civil Action No. 1:23-cv-01252-SKC

UPSTREAM DATA INC.,

    Plaintiff,

v.

CRUSOE ENERGY SYSTEMS LLC,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE OF DANIELLE JOY HEALEY**

PLEASE TAKE NOTICE, that Danielle Joy Healey of FISH & RICHARDSON P.C. hereby enters her appearance for Defendant Crusoe Energy Systems LLC in the above-captioned action.

Dated: June 8, 2023                                                     Respectfully submitted

                                                                                         By: */s/ Danielle Joy Healey*
                                                                                             Danielle Joy Healey
                                                                                             FISH & RICHARDSON P.C.
                                                                                             909 Fannin Street, Suite 2100
                                                                                             Two Houston Center
                                                                                             Houston, TX  77010
                                                                                             Tel:  713-385-6566
                                                                                             Fax:  713-652-0109
                                                                                             Email:  healey@fr.com

                                                                                             Attorneys for Plaintiff
                                                                                             Crusoe Energy Systems LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing via email to the following:

Yakov M. Zolotorev
Carrie L. Williamson
DLA Piper LLP (US)
2000 University Avenue Suite 100
East Palo Alto, CA 94303-2215
Email: Jake.Zolotorev@us.Dlapiper.com
          Carrie.Williamson@us.Dlapiper.com

Clayton Walter Thompson, II
DLA Piper LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309
Email: Clayton.Thompson@dlapiper.com

*Attorneys for Plaintiff*

In addition, undersigned counsel affirms a copy of this document is being simultaneously provided to the undersigned counsel's clients:

Ms. Jamey Seely
General Counsel
Mr. Kyle Zeller
Assistant General Counsel
Crusoe Energy Systems L.LC.
jseely@crusoeenergy.com
kzeller@crusoeenergy.com

*Defendant*

/s/ Danielle Joy Healey
Danielle Joy Healey