**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

Civil Action No. 1:23-cv-01252-SKC

UPSTREAM DATA INC.,

    Plaintiff,

v.

CRUSOE ENERGY SYSTEMS LLC,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Crusoe Energy Systems LLC ("Crusoe"), moves for an extension of time to answer, move or otherwise respond to the Complaint [ECF No. 1] of Upstream Data Inc. ("Plaintiff" or "Upstream") from the present deadline of June 12, 2023 to July 14, 2023. This is a case for infringement of U.S. Patent, 11,574,372. This is the first request for an extension of the answer date, and is sought to allow Defendant's counsel and Defendant additional time to investigate Plaintiff's claims of patent infringement.

In support of this motion, Crusoe states as follows:

1. Pursuant to D.C.COLO.LCivR. 7.1(a), counsel for Defendant conferred with counsel for Plaintiff. Plaintiff agreed to the relief requested in this motion, and so Plaintiff does not oppose this motion.

2. Good cause exists for an extension of time in which to respond: The patent in suit issued earlier this year and has never been litigated. The patent issued after five years of proceedings in the United States Patent & Trademark Office. The patent and application history cite numerous sources. Defendant needs more time to complete its evaluation of the patent and Plaintiff's claims.

3. The scheduling conference is August 1, 2023. The extension will not interfere with the conference setting or the pre-conference deadlines.

4. No trial or other post-scheduling conference deadlines have been set in this matter. Granting the requested extension will not impact any other deadlines and will not prejudice any party.

5. While D.C.COLO.LCivR 6.1(a) permits for a 21 day extension by stipulation, this period would be from the present deadline on June 12, 2023 to July 3, 2023, the day before the July 4 holiday. Defense counsel has long standing plans for her daughter and son-in-law to spend the July 4 holiday week with her, and asks that the deadline be moved to the Friday after the July 4 holiday week, which is July 14.

6. As required by to D.C.COLO.LCivR. 6.1(b), Defendant certifies that it has not sought any prior extensions. The extension is not sought for delay only, but so that justice will be done.

7. Pursuant to D.C.COLO.LCivR. 6.1(c), counsel for Defendant certifies that a copy of this Motion has been served on his or her clients.

WHEREFORE, Defendant requests this Court enter an Order granting Defendant up to and including July 14, 2023, in which to respond to Plaintiff's Complaint.

Dated:  June 8, 2023 Respectfully submitted

By:  */s/ Danielle Joy Healey*
Danielle Joy Healey
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Two Houston Center
Houston, TX  77010
Tel:  713-385-6566
Fax:  713-652-0109
Email:  healey@fr.com

Attorneys for Defendant
Crusoe Energy Systems LLC

3

## D.C.COLO.LCivR 7.1(a) CERTIFICATION

Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certifies that on June 7, 2023, counsel for Crusoe Energy Systems LLC, Danielle Joy Healey, conferred by telephone with counsel for Upstream Data Inc., Ms. Carrie Williamson, DLA Piper, who stated that Plaintiff agreed to the extension of time.

*/s/ Danielle Joy Healey*
Danielle Joy Healey

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing via email to the following:

Yakov M. Zolotorev
Carrie L. Williamson
DLA Piper LLP (US)
2000 University Avenue Suite 100
East Palo Alto, CA 94303-2215
Email: Jake.Zolotorev@us.Dlapiper.com
          Carrie.Williamson@us.Dlapiper.com

Clayton Walter Thompson, II
DLA Piper LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309
Email: Clayton.Thompson@dlapiper.com

*Attorneys for Plaintiff*

In addition, undersigned counsel affirms she has discussed this motion with her client and the client has approved the motion and the July 14, 2023 answer date. A copy of this motion is being simultaneously provided to the undersigned counsel's clients:

Ms. Jamey Seely
General Counsel
Mr. Kyle Zeller
Assistant General Counsel
Crusoe Energy Systems L.LC.
jseely@crusoeenergy.com
kzeller@crusoeenergy.com

*Defendant*

                              */s/ Danielle Joy Healey*
                              Danielle Joy Healey

5