**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

Civil Action No. 1:23-cv-01252-SKC

UPSTREAM DATA INC.,

    Plaintiff,

v.

CRUSOE ENERGY SYSTEMS LLC,

    Defendant.

---

**PROPOSED ORDER**

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

    Defendant, Crusoe Energy Systems LLC has moved for an extension of time to answer, move or otherwise respond to the Complaint [ECF No. 1] of Upstream Data Inc. from June 12, 2023 to July 14, 2023. Plaintiff has agreed to the motion. This is a patent infringement case where the patent application process spanned nearly six years and the patent cites numerous materials. Defense counsel also has an intervening personal commitment during the July 4 holiday week. The motion is not sought for delay. The extension will not impact any other existing deadline in the case. Defendant's motion has shown good cause and complies with the Local Rules.

    IT IS THEREFORE ORDERED that Defendant shall answer, move or otherwise object to the Complaint by July 14, 2023.

DATED this_____day of June, 2023.

                                              BY THE COURT:

                                              _____
                                              United States Magistrate Judge