**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**DENVER DIVISION**

| | |
|---|---|
| **UPSTREAM DATA INC.,** | |
| Plaintiff, | Civil Action No. 1:23-cv-01252-SKC |
| v. | |
| **CRUSOE ENERGY SYSTEMS LLC,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ENTRY OF APPERANCE

Jacob Hollars, of the law firm Spencer Fane LLP, hereby enters his appearance as counsel for Defendant, Crusoe Energy Systems LLC ("Crusoe"), in the above-captioned matter.

DATED July 12, 2023:    */s/ Jacob Hollars*
Jacob Hollars, No. 50352
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80202
jhollars@spencerfane.com
*Attorneys for Crusoe Energy Systems LLC*

**CERTIFICATE OF SERVICE**

      It is hereby certified that on July 12, 2023, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically served via the Colorado Courts E-Filing system, to all counsel of record.

                                                 /s/Kayla Dominguez
                                                 Kayla Dominguez