IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **UPSTREAM DATA INC.,** | |
| Plaintiff, | Civil Action No. 1:23-cv-01252-SKC |
| v. | |
| **CRUSOE ENERGY SYSTEMS LLC,** | JURY TRIAL DEMANDED |
| Defendant. | |

### PROPOSED ORDER RE: DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant, Crusoe Energy Systems LLC ("Crusoe"), Unopposed Motion for Extension of time to Answer or otherwise Respond to the Complaint. The Court, having considered that Motion, finds good cause for the requested extension and thus GRANTS the Motion.

Crusoe Shall have to and including July 20, 2023, to answer or otherwise respond to the Complaint.

Done and Ordered this _____ day if July, 2023.

By the Court

_____
District Court Judge