**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv- 01252-SKC

UPSTREAM DATA, INC.,

    Plaintiff,

v.

CRUSOE ENERGY SYSTEMS, LLC

    Defendant.

---

**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT
PROPOSED PROTECTIVE ORDER**
_____

    Plaintiff Upstream Data, Inc. and Defendant Crusoe Energy Systems, LLC respectfully move this Court for a brief seven-day extension of time to submit a proposed protective order pursuant to D.C.COLO.LPtR 3(c).

    A Scheduling Conference is currently set for August 1, 2023, and under D.C.COLO.L.PtR 3(c), the parties proposed protective order should be submitted July 21, 2023.  The parties are continuing to discuss the proposed protective order and believe that brief additional time will be of assistance in resolving disputes to avoid burdening the court, with the goal of submitting an agreed protective order to the court.  No party will be prejudiced by the granting of this motion. The undersigned has conferred with Defendant's counsel, who jointly makes this request.

    Accordingly, the parties respectfully submit that good cause exists for this Court to grant a seven-day extension, to and including next Friday, July 28, 2023, to submit a proposed protective

order, or separate proposed protective orders and supporting briefing regarding any disputed issues.

Dated: July 21, 2023

/s/ Carrie Williamson
Jake Zolotorev
Carrie Williamson
DLA Piper
2000 University Avenue
East Palo Alto, CA 94303
Jake.zolotorev@us.dlapiper.com
Carrie.williamson@us.dlapiper.com
Tel: 650.833.2000
Fax: 650.833.2001

Clayton Thompson
DLA Piper
1201 West Peachtree Street
Suite 2900
Atlanta, Georgia 30309-3449
clayton.thompson@us.dlapiper.com
Tel: 404.736.7800
Fax: 404.682.7800

Counsel for Plaintiff
UPSTREAM DATA, INC.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system on the 21st day of July, 2023. Any other counsel of record will be served via First Class Mail.

/s/ Carrie Williamson