**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01252-DDD-SKC

UPSTREAM DATA, INC.,

    Plaintiff,

v.

CRUSOE ENERGY SYSTEMS, LLC

    Defendant.

---

**AGREED MOTION TO STAY LITIGATION**
**AND EXTEND DEADLINES**
_____

Plaintiff Upstream Data, Inc. and Defendant Crusoe Energy Systems, LLC (collectively, the Parties"), by and through their respective counsel, respectfully request that the Court order, as follows:

1. Defendant Crusoe Energy Systems, LLC has filed a petition for post grant review ("PGR") of U.S. Patent No. 11,574,372 ("the '372 patent") (PGR2023-00039).

2. Defendant notified Plaintiff that it intended to file a motion to stay the litigation until an institution decision on its PGR petition.

3. Plaintiff is willing to agree to a stay of the above captioned litigation as follows, and Defendant agrees to the following:

    a. The above-captioned action is stayed until the decision regarding institution of the post grant review (PGR) of the '372 patent in PGR2023-00039. Within 14 days of

       the institution decision, the parties will submit a joint status report to the district court notifying the court of the institution decision.

    b. If Defendant files a patent case against Plaintiff or Plaintiff's products, and Plaintiff files a petition for *inter partes* review or PGR challenging the Crusoe patent(s), then Defendant agrees to stay that litigation until the institution decision in the *inter partes* review or PGR.

    c. Nothing shall prejudice any past, present or future legal or equitable remedies of any party to this case.

4. The parties respectfully requested that the case be stayed pursuant to the provisions in paragraph 3.a-3.c.

5. The parties further respectfully request that all pending deadlines be vacated, including:

    a. The deadline to submit a scheduling order on July 25, 2023.

    b. The deadline to submit a protective order on July 28, 2023.

    c. The Telephonic Rule 16(b) Scheduling Conference on August 1, 2023.

Accordingly, the parties respectfully submit that good cause exists for this Court to stay the litigation and vacate all pending deadlines.

Dated: July 25, 2023

                              */s/ Carrie Williamson*
                              Jake Zolotorev
                              Carrie Williamson
                              DLA Piper LLP (US)
                              2000 University Avenue
                              East Palo Alto, CA   94303
                              jake.zolotorev@us.dlapiper.com
                              carrie.williamson@us.dlapiper.com

Tel: 650.833.2000
Fax: 650.833.2001

Clayton Thompson
DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2900
Atlanta, Georgia 30309-3449
clayton.thompson@us.dlapiper.com
Tel: 404.736.7800
Fax: 404.682.7800

Counsel for Plaintiff
UPSTREAM DATA, INC.


*/s/ Danielle Healey*
Danielle Joy Healey
SPENCER FANE LLP
3040 Post Oak Blvd, Suite 1300
Houston, TX 77056
Telephone: (713) 212-2676
Fax: (713) 963-0859
dhealey@spencerfane.com

Counsel for Defendant
CRUSOE ENERGY SYSTEMS, LLC


**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system on the 25th day of July, 2023.   Any other counsel of record will be served via First Class Mail.

*/s/ Carrie Williamson*