**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01252-DDD-SKC

UPSTREAM DATA, INC.,

    Plaintiff,

v.

CRUSOE ENERGY SYSTEMS, LLC,

    Defendant.

---

## [PROPOSED] ORDER STAYING LITIGATION

_____

    Plaintiff Upstream Data, Inc. and Defendant Crusoe Energy Systems, LLC (collectively, the Parties") have agreed and moved the Court for a stay of the above captioned litigation. The Court hereby ORDERS:

1. The above-captioned action is STAYED, effectively immediately, until the decision regarding institution of the post grant review (PGR) in PGR2023-00039. Within 14 days of the institution decision, the parties are DIRECTED to submit a joint status report to the district court notifying the court of the institution decision.

2. If Defendant files a patent case against Plaintiff or Plaintiff's products, and Plaintiff files a petition for *inter partes* review or PGR challenging the Crusoe patent(s), then Defendant agrees to stay that litigation until the institution decision in the *inter partes* review or PGR.

3. Nothing shall prejudice any past, present or future legal or equitable remedies of any party to this case.

4. All pending deadlines are VACATED, including, but not limited to:

    a. The deadline to submit a scheduling order on July 25, 2023.

    b. The deadline to submit a protective order on July 28, 2023.

    c. The Telephonic Rule 16(b) Scheduling Conference on August 1, 2023.

SO ORDERED.

Dated: July __, 2023

_____
HONORABLE DANIEL D. DOMENICO