# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| UPSTREAM DATA INC.,<br><br>Plaintiff<br><br>v.<br><br>CRUSOE ENERGY SYSTEMS LLC,<br><br>Defendant. | Case No.: 1:23-cv-01252-DDD-TPO |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Upstream Data Inc. ("Upstream") hereby gives notice that the Parties have settled all their respective claims for relief asserted in this litigation. Defendant Crusoe Energy Systems LLC ("Crusoe") has not yet answered the Complaint or moved for summary judgment.

Accordingly, Upstream respectfully asks the Court to accept and acknowledge that all claims by Plaintiff against Defendant in the above-captioned case are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 31, 2025

/s/ *Carrie Williamson*
Jake Zolotorev
Carrie Williamson
**DLA PIPER (US) LLP**
3203 Hanover Street, Suite 100
Palo Alto, CA  94304
Telephone: 650.833.2000
jake.zolotorev@us.dlapiper.com
carrie.williamson@us.dlapiper.com

Clayton Thompson
**DLA PIPER (US) LLP**
1201W. Peachtree Street, Ste. 2900

1

Atlanta, GA 30309
Telephone: 404.736.7800
Clayton.thompson@us.dlapiper.com

*Attorneys for Plaintiff Upstream Data Inc.*