UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| UPSTREAM DATA INC., <br><br> Plaintiff <br><br> v. <br><br> CRUSOE ENERGY SYSTEMS LLC, <br><br> Defendant. | Case No.: 1:23-cv-01252-DDD-TPO |

**[PROPOSED] ORDER**

Before the Court is the Notice of Dismissal (the "Notice") filed by Plaintiff Upstream Data Inc. ("Upstream"). (Dkt. No. 29.). In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Crusoe Energy Systems LLC ("Crusoe") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1). Defendant has not yet answered the Complaint or moved for summary judgment.

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this _____ day of _____, 2025.

_____
DANIEL D. DOMINICO
UNITED STATES DISTRICT JUDGE